**Cornell D.M. Judge CORNISH,**
**Plaintiff–Appellant,**

v.

**David J. KAPPOS, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, United States Patent and Trademark Office, Harry I. Moatz, Director, Office of Enrollment and Discipline, and William J. Griffin, Staff Attorney, Office of Enrollment and Discipline, Defendants–Appellees.**

No. 2011–1041.

United States Court of Appeals,
Federal Circuit.

July 7, 2011.

Cornell D.M. Judge Cornish, of Washington, DC, argued for plaintiff-appellant.

Raymond T. Chen, Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for defendants-appellees. With him on the brief were Ronald K. Jaicks, Associate Solicitor, and Sydney O. Johnson, Jr., Associate Solicitor.

RADER, Chief Judge, PROST, and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.